**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| COSTAR REALTY INFORMATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> CIVIX-DDI, LLC, <br><br> Defendant. | Case No. 1:12-cv-04968 (Lead Case) <br> Judge James F. Holderman |
| CIVIX-DDI, LLC, <br><br> Plaintiff, <br><br> v. <br><br> LOOPNET, INC., <br><br> Defendant. | Consolidated for pretrial purposes with: <br> Case No. 1:12-cv-07091 <br> Case No. 1:12-cv-08632 <br><br> **JURY TRIAL DEMANDED** |

**COSTAR'S AND LOOPNET'S *DAUBERT* MOTION
TO EXCLUDE THE TESTIMONY OF FRANCES McCLOSKEY**

Plaintiff in Case No. 12-cv-04968 CoStar Realty Information, Inc. ("CoStar") and Defendant in Case Nos. 12-cv-07091 and 12-cv-08632 LoopNet, Inc. ("LoopNet") respectfully move to exclude the expert testimony of Frances McCloskey because her opinions do not satisfy the reliability requirements set forth in *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579 (1993).

The factual and legal bases for this motion are set forth in detail in the accompanying Memorandum in Support.

DATED: March 24, 2014                    Respectfully submitted,

                                             */s/ Craig D. Leavell*

David C. Van Dyke
Joseph W. Barber
Emily E. Bennett
HOWARD & HOWARD ATTORNEYS PLLC
200 S. Michigan Avenue, Suite 1100
Chicago, IL  60604
Telephone:  (312) 456-3641
Facsimile:  (312) 939-5617
Email:  dvd@h2law.com
        jwbarber@howardandhoward.com
        ebennett@howardandhoward.com

Craig D. Leavell
Mary E. Zaug
Mishele Kieffer
Jason Fitterer
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200
Email:  craig.leavell@kirkland.com
        mary.zaug@kirkland.com
        mishele.kieffer@kirkland.com
        jason.fitterer@kirkland.com

Atif Khawaja (*Pro Hac Vice*)
Robert A. Gretch (*Pro Hac Vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY  10022
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
Email:  atif.khawaja@kirkland.com
        robert.gretch@kirkland.com

*Attorneys for*
*CoStar Realty Information, Inc. & LoopNet, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2014, a true and correct copy of the foregoing document was served upon counsel of record via the Court's CM/ECF procedures.

                      Respectfully submitted,

                      */s/ Craig D. Leavell*
                          Craig D. Leavell

                      *Attorney for*
                      *CoStar Realty Information, Inc. & LoopNet, Inc.*