**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| COSTAR REALTY INFORMATION, INC., <br><br> Plaintiff, <br><br> v. <br><br><br> CIVIX-DDI, LLC, <br><br> Defendant. | Case No. 1:12-cv-04968 (Lead Case) <br> Judge James F. Holderman |
| CIVIX-DDI, LLC, <br><br> Plaintiff, <br><br> v. <br><br> LOOPNET, INC. <br><br> Defendant. | Consolidated for pretrial purposes with: <br> Case No. 1:12-cv-07091 <br> Case No. 1:12-cv-08632 <br><br> **JURY TRIAL DEMANDED** |

## JOINT STIPULATION

CoStar Realty Information, Inc. ("CoStar") and LoopNet, Inc. ("LoopNet"), by and through their attorneys, and CIVIX-DDI, LLC ("CIVIX"), by and through its attorneys, hereby file this joint stipulation and respectfully state as follows:

1.      CIVIX agrees that CoStar and LoopNet shall have until June 13, 2014 to file reply papers to CIVIX's Opposition to CoStar's & LoopNet's *Daubert* Motion to Exclude the Testimony of Frances McCloskey, filed on May 22, 2014.

DATED:  May 29, 2014

Respectfully submitted,

<table>
<tr>
<td>

/s/ *Olivia T. Luk*

Raymond P. Niro
Paul K. Vickrey
David J. Sheikh
Olivia T. Luk
Joseph A. Culig
NIRO, HALLER & NIRO
181 W. Madison St., Suite 4600
Chicago, IL 60602
Telephone: (312) 236-0733 Fax:
Facsimile: (312) 236-3137
Email:   rniro@nshn.com
             vickrey@nshn.com
             sheikh@nshn.com
             oluk@nshn.com
             jculig@nshn.com;

*Attorneys for*
*CIVIX-DDI, LLC*

</td>
<td>

/s/ *Craig D. Leavell*

David C. Van Dyke
Joseph W. Barber
Emily E. Bennett
HOWARD & HOWARD ATTORNEYS PLLC
200 S. Michigan Avenue, Suite 1100
Chicago, IL  60604
Telephone:  (312) 456-3641
Facsimile:  (312) 939-5617
Email:  dvd@h2law.com
             jwbarber@howardandhoward.com
             ebennett@howardandhoward.com


Craig D. Leavell
Mary E. Zaug
Mishele Kieffer
Jason Fitterer
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200
Email:  craig.leavell@kirkland.com
             mary.zaug@kirkland.com
             mishele.kieffer@kirkland.com
             jason.fitterer@kirkland.com


Atif Khawaja (*Pro Hac Vice*)
Robert A. Gretch (*Pro Hac Vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY  10022
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
Email:  atif.khawaja@kirkland.com
             robert.gretch@kirkland.com


*Attorneys for*
*CoStar Realty Information, Inc.  &  LoopNet,*
*Inc.*

</td>
</tr>
</table>

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2014, a true and correct copy of the foregoing document was served upon counsel of record via the Court's CM/ECF procedures.

Respectfully submitted,

*/s/ Craig D. Leavell*

Craig D. Leavell

*Attorney for*
*CoStar Realty Information, Inc. & LoopNet, Inc.*